36744. GULLET v. BITTICK.

Judgment affirmed without opinion pursuant to Rule 59 of this court.
*All the Justices concur.*

DECIDED SEPTEMBER 24, 1980.

*Rudolph Sullivan,* for appellant.
*E. Byron Smith, District Attorney,* for appellee.